IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



UNITED STATES OF AMERICA :
:
v. : 1:15CR385-1
:
RANDALL KENT DAVIS :

The United States Attorney charges:

On or about March 24, 2015, in the County of Forsyth, in the Middle District of North Carolina, RANDALL KENT DAVIS did knowingly possess materials which contained child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), and which materials had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been shipped and transported in and affecting interstate and foreign commerce, including by computer; in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

FORFEITURE ALLEGATION

Upon conviction of the offense alleged above, the defendant, RANDALL KENT DAVIS, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a)(1) and (a)(3), all visual depictions described in Title

18, United States Code, Section 2252A, and all property, real or personal, used or intended to be used to commit or promote the commission of the offense of conviction, including but not limited to the following items that were obtained from defendant on March 24, 2015:

    a. One Sony Vaio Desktop Computer, serial number R5036592;

    b. One Alienware Laptop Computer, serial number GB86N5D36704;

    c. One Samsung Laptop Computer, serial number HR4D91DC602207P;

    d. One Western Digital external hard drive;

    e. One Lexar SD Card; and

    f. One Lexar memory stick.

All in accordance with Title 18, United States Code, Section 2253, and Rule 32.2, Federal Rules of Criminal Procedure.

_____
ERIC L. IVERSON
ASSISTANT UNITED STATES ATTORNEY

_____
RIPLEY RAND
UNITED STATES ATTORNEY